UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14073-CANNON/MAYNARD

18 U.S.C. § 1365(a)(4)

UNITED STATES OF AMERICA,

vs.

CATHERINE SHANNON DUNTON,

Defendant.
_____/

FILED BY ___YAR___ D.C.

Dec 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 1365(a)(4)
### (Tampering with a Consumer Product)

During the period between in or about February 28, 2022 and on or about April 18, 2022, in Martin and Saint Lucie Counties, in the Southern District of Florida, the defendant,

**CATHERINE SHANNON DUNTON,**

with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, tampered with consumer products that affected interstate commerce and with the labeling of and containers for such products, specifically **CATHERINE SHANNON DUNTON** took vials containing fentanyl, a narcotic painkiller in liquid form, which she knew were intended to be dispensed to patients for purposes of pain relief during medical procedures; removed the fentanyl from the vials; replaced the fentanyl solution with saline; and returned the adulterated vials to be used in medical procedures.

In violation of Title 18, United States Code, Section 1365(a)(4).

A TRUE BILL

FOREPERSON

JOSE ANTONIO GONZALEZ
UNITED STATES ATTORNEY

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CATHERINE SHANNON DUNTON,

_____/
Defendant.

CASE NO.: 22-CR-14073-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
☐ Miami  ☐ Key West  ☑ FTP
☐ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)
   I  ☑ 0 to 5 days                       ☐ Petty
   II ☐ 6 to 10 days                      ☐ Minor
   III ☐ 11 to 20 days                    ☐ Misdemeanor
   IV ☐ 21 to 60 days                     ☑ Felony
   V ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the _____ District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
DIANA M. ACOSTA
Assistant United States Attorney
FLA Bar No.    775185

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CR-14073-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

CATHERINE SHANNON DUNTON,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
DIANA M. ACOSTA
Assistant United States Attorney
FL Bar No.     775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Diana.Acosta@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: CATHERINE SHANNON DUNTON

Case No: 22-CR-14073-CANNON/MAYNARD

Count # 1: Tampering with Consumer Products, 18 U.S.C § 1365(a)(4)

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000.00 / $100.00 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.