Final Order No. DOH-22-0989-○○-MQA

FILED DATE - AUG 2 3 2022

Department of Health

By [signature]
Deputy Agency Clerk

## STATE OF FLORIDA
## DEPARTMENT OF HEALTH

In Re:      Emergency Restriction of the License of
            Catherine Shannon Dunton, R.N.
            License Number: RN 2749972
            Case Number: 2022-17801

### ORDER OF EMERGENCY RESTRICTION OF LICENSE

Joseph A. Ladapo, MD, PhD, State Surgeon General, ORDERS the emergency restriction of the license of Catherine Shannon Dunton, R.N., (Ms. Dunton) to practice as a registered nurse in the State of Florida. Ms. Dunton holds license number RN 2749972. Ms. Dunton's address of record is 1633 SE Flintlock Road, Port St. Lucie, Florida 34952. The following Findings of Fact and Conclusions of Law support the emergency restriction of Ms. Dunton's license to practice as a registered nurse in the State of Florida.

### FINDINGS OF FACT

1.      The Department of Health (Department) is the state agency charged with regulating the practice of nursing pursuant to chapters 20, 456, and 464, Florida Statutes (2022). Section 456.073(8), Florida Statutes (2022), authorizes the State Surgeon General to summarily restrict Ms. Dunton's license to practice as a registered nurse in the State of Florida, in accordance with section 120.60(6), Florida Statutes (2022).

USA_000037

In Re:  Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

2.      At all times material to this Order, Ms. Dunton was licensed in the State of Florida to practice as a registered nurse, license number RN 2749972, pursuant to chapter 464.

3.      On or about May 10, 2022, Ms. Dunton contacted the Intervention Project for Nurses (IPN)[1] and reported that she had completed an alcohol and/or drug detoxification program and was receiving outpatient services.

4.      On or about May 24, 2022, Ms. Dunton underwent an IPN-facilitated evaluation with Lawrence Wilson, M.D., (Dr. Wilson) a physician specializing in addiction medicine and psychiatry.

5.      During the evaluation, Ms. Dunton told Dr. Wilson that in 2008, while she was working as a registered nurse at Lawnwood Regional Medical

---

[1] IPN is the impaired practitioner program for the Board of Nursing, pursuant to section 456.076, Florida Statutes (2021-2022). IPN monitors the evaluation, care, and treatment of impaired nurses. IPN oversees random drug screens and provides for the exchange of information between treatment providers, evaluators, and the Department for the protection of the public.

USA_000038

Center (LRMC) in Ft. Pierce, Florida, she diverted Demerol,[2] morphine,[3] fentanyl,[4] and Percocet[5] for her personal use.

6.      Ms. Dunton reported that she entered into a substance abuse monitoring contract with IPN in 2009, but she was consuming at least one bottle of wine or 4-5 vodka drinks a day for the first three years of her contract.

7.      Ms. Dunton told Dr. Wilson that in or around 2011, while she was participating with her IPN substance abuse monitoring contract and still working as a registered nurse at LRMC, she diverted, and consumed by injection, 50-1000 mcg of fentanyl at least three days a week.

[2] Demerol is the brand name for meperidine and is prescribed to treat pain.  According to section 893.03(2), Florida Statutes (2021), meperidine is a Schedule II controlled substance that has a high potential for abuse and has a currently accepted but severely restricted medical use in treatment in the United States.  Abuse of meperidine may lead to severe psychological or physical dependence.
[3] Morphine is prescribed to treat pain.  According to section 893.03(2), morphine is a Schedule II controlled substance that has a high potential for abuse and has a currently accepted but severely restricted medical use in treatment in the United States.  Abuse of morphine may lead to severe psychological or physical dependence.
[4] Fentanyl is prescribed to treat pain.  According to section 893.03(2), fentanyl is a Schedule II controlled substance that has a high potential for abuse and has a currently accepted but severely restricted medical use in treatment in the United States.  Abuse of fentanyl may lead to severe psychological or physical dependence.
[5] Percocet is the brand name for a drug that contains oxycodone and is prescribed to treat pain.  According to section 893.03(2), oxycodone is a Schedule II controlled substance that has a high potential for abuse and has a currently accepted but severely restricted medical use in treatment in the United States.  Abuse of oxycodone may lead to severe psychological or physical dependence.

3

USA_000039

In Re: Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

8. On or about March 4, 2012, Ms. Dunton submitted to an employer-requested drug screen that returned positive for fentanyl.[6]

9. Ms. Dunton told Dr. Wilson that the positive fentanyl screen led to the Board issuing Final Order DOH-12-2113-S-MQA, which suspended her license to practice nursing until she underwent an IPN-approved evaluation and complied with any and all terms and conditions imposed by IPN.

10. Ms. Dunton completed her Monitoring Contract in 2017.

11. Ms. Dunton told Dr. Wilson that in March 2021, she began consuming a bottle of wine or 3-4 alcoholic beverages daily, that she occasionally consumed alcohol in the early morning, and that she experienced blackouts.

12. Ms. Dunton told Dr. Wilson that when she doesn't consume alcohol she experiences withdrawal symptoms including headaches and diarrhea and that her family is concerned about her alcohol use.

13. Ms. Dunton told Dr. Wilson that she was hired at the Surgery Center of Jensen Beach around September of 2021 and that between February and April of 2022, she began diverting fentanyl and morphine by

---

[6] This information is contained in Department of Health v. Catherine Dunton, R.N., Department of Health Case Number 2012-05017.

USA_000040

removing the metal cap, removing the contents, and replacing the contents with saline.

14.   Ms. Dunton admitted that she knew there were occasions where the patients would only receive the saline.

15.   Ms. Dunton told Dr. Wilson that she diverted fentanyl and morphine two-to-three days a week and she experienced withdrawals when she was off on the weekends.

16.   In conjunction with the evaluation, Ms. Dunton underwent toxicology testing.

17.   Ms. Dunton's PEth test[7] was positive at 48 ng/mL with a cutoff of 20 ng/mL.[8]

18.   Ms. Dunton's hair toxicology test was positive for fentanyl at 149 pg/mg with a cutoff of 25 pg/mg.

19.   Dr. Wilson diagnosed Ms. Dunton with severe opioid use disorder and severe alcohol use disorder.

---

[7] The PEth blood test measures levels of phosphatidylethanol (PEth), an alcohol-specific biomarker, in the blood. PEth is used to detect prolonged or heavy "binge" alcohol consumption. It is typically detectable for two-to-three weeks, but may be detectable for longer depending on how much alcohol was consumed, and for how long.

[8] While PEth levels depend on multiple factors, such as body mass index (BMI) and amount of alcohol consumed, a PEth level greater than 20 ng/mL generally indicates either regular consumption of alcohol above recommended limits, or binge drinking. A PEth level greater than 100 ng/mL most likely indicates repeated binge drinking.

5

USA_000041

In Re:  Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

20.    Dr. Wilson opined that Ms. Dunton is not able to practice nursing with reasonable skill and safety to patients.

21.    Dr. Wilson recommended that Ms. Dunton engage in a partial hospitalization or residential treatment program with an IPN-approved treatment provider that has experience in treating the healthcare professional; that she participate in an intensive outpatient treatment program; that she institute Vivitrol therapy; that she attend live, peer facilitated, community support groups and IPN-facilitated nurse support groups; that she participate in toxicology monitoring which should include the frequent use of EtG/EtS[9] as well as fentanyl and PEth testing; that she engage with a psychiatrist or an addiction specialist; and that she participate in individualized therapy.

22.    As of the date of this Order, Ms. Dunton has not complied with Dr. Wilson's recommendations.

23.    In the course of their practice, registered nurses are responsible for administering treatment and medication to patients and caring for ill,

---

[9] The EtG/EtS urine test measures levels of ethyl glucuronide (EtG) and ethyl sulfate (EtS), alcohol-specific biomarkers, in the urine. EtG/EtS can be used to detect a range of alcohol consumption, between small acute doses, to chronic alcohol consumption. EtG/EtS can generally be detected from as soon as 2 hours and up to several days after alcohol consumption.

USA_000042

In Re:   Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

injured, or infirm patients. Due to the nature of the practice, nurses are in contact with vulnerable patients and must be capable of providing adequate care. Therefore, nurses must be able to present to work without any mental or physical conditions that could inhibit patient care and must possess good judgment and moral character.

24.    Ms. Dunton's misappropriation of controlled substances, her admission that she diluted fentanyl that was meant for patients who were suffering from pain and in need of their ordered pain medication, her history of substance use disorder, her history of relapse, the findings and opinions of Dr. Wilson, and Ms. Dunton's refusal to comply with the recommended treatment and monitoring indicate that she lacks good judgment and is not capable of caring for patients in a manner that is correct and safe. Therefore, Ms. Dunton's continued unrestricted practice as a registered nurse presents an immediate, serious danger to the health, welfare, and safety of the public.

25.    Dr. Wilson, an independent medical expert, has diagnosed Ms. Dunton with severe opioid use disorder and severe alcohol use disorder and opined that she is unable to practice nursing with reasonable skill and safety to patients. Because Ms. Dunton has not engaged in the recommended

USA_000043

In Re:   Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

treatment, is not under IPN monitoring, and has not been deemed safe to return to practice, there is a significant likelihood that Ms. Dunton's inability to practice nursing with reasonable skill and safety to patients will continue.

26.   The Department considered various restrictions on Ms. Dunton's license, including requiring that Ms. Dunton practice under direct supervision or restricting Ms. Dunton's ability to practice in any position which may be deemed safety sensitive. The Department determined that these restrictions are insufficient because a direct supervisor would not be qualified to determine Ms. Dunton's ability to safely practice and because practicing as a nurse is an inherently safety sensitive position. As a result, there are no less restrictive means, other than the terms of this Order, that will adequately protect the public from Ms. Dunton's continued unrestricted practice of nursing.

## CONCLUSIONS OF LAW

Based on the foregoing Findings of Fact, the State Surgeon General concludes as follows:

8

USA_000044

In Re:  Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

1.     The State Surgeon General has jurisdiction over this matter pursuant to sections 20.43 and 456.073(8) and chapter 464.

2.     Section 464.018(1)(j), Florida Statutes (2022), authorizes discipline, including restriction, for being unable to practice nursing with reasonable skill and safety to patients by reason of illness or use of alcohol, drugs, narcotics, chemicals, or any other type of material or as a result of any mental or physical condition.

3.     Ms. Dunton violated section 464.018(1)(j) by being unable to practice nursing with reasonable skill and safety to patients due to her:

    a. Severe opioid use disorder; and

    b. Severe alcohol use disorder

4.     Section 120.60(6) authorizes the State Surgeon General to summarily restrict a registered nurse's license upon a finding that the registered nurse presents an immediate, serious danger to the public health, safety, or welfare.

5.     Ms. Dunton's continued unrestricted practice of nursing constitutes an immediate, serious danger to the health, safety, or welfare of

9

USA_000045

In Re:  Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

the citizens of the State of Florida, and this summary procedure is fair under the circumstances to adequately protect the public.

**WHEREFORE**, in accordance with section 120.60(6), it is **ORDERED THAT:**

1.    The license of Catherine Shannon Dunton, R.N., to practice as a registered nurse, license number RN 2749972, is immediately restricted to prohibit Ms. Dunton from practicing nursing until IPN or an IPN-approved evaluator notifies the Department that she is safe to resume the practice of nursing.

2.    A proceeding seeking formal discipline of the license of Ms. Dunton to practice nursing in the State of Florida will be promptly instituted and acted upon in compliance with sections 120.569 and 120.60(6), Florida Statutes (2022).

**DONE and ORDERED** this 3rd day of August, 2022.

Joseph A. Ladapo, MD, PhD
State Surgeon General

10

**USA_000046**

In Re:   Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

PREPARED BY:
Kelly Fox, Esq.
Assistant General Counsel
DOH Prosecution Services Unit
4052 Bald Cypress Way, Bin C-65
Tallahassee, FL 32399-3265
Florida Bar Number 1010931
(T) (850) 558-9832
(F) (850) 245-4684
(E) Kelly.Fox@flhealth.gov

11

**USA_000047**

In Re:  Emergency Restriction of the License of
Catherine Shannon Dunton, R.N.
License Number: RN 2749972
Case Number: 2022-17801

## <u>NOTICE OF RIGHT TO JUDICIAL REVIEW</u>

Pursuant to sections 120.60(6) and 120.68, Florida Statutes (2022), the Department's findings of immediate danger, necessity, and procedural fairness shall be judicially reviewable. Review proceedings are governed by the Florida Rules of Appellate Procedure. Such proceedings are commenced by filing a Petition for Review, in accordance with Florida Rule of Appellate Procedure 9.100, and accompanied by a filing fee prescribed by law with the District Court of Appeal, and providing a copy of that Petition to the Department of Health within thirty (30) days of the date this Order is filed.

USA_000048